IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER A. TAYLOR,

    Petitioner,                      No. CIV S-06-2470 FCD DAD P

    vs.

T.L. CAREY, et al.,

    Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee.

        In 1989, petitioner was convicted of aggravated mayhem in San Francisco County Superior Court. In this action, petitioner is challenging the parole board's decision finding him unsuitable for parole after a hearing conducted on March 15, 2004.[1] Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

---

[1] In a previous action filed in this court, petitioner challenged parole board decisions finding petitioner unsuitable for parole in 1994, 1996, 1998, and 2001. See Taylor v. Carey, case No. CIV S-04-0981 LKK KJM P. On September 28, 2006, all claims arising from the 1994, 1996, and 1998 decisions were dismissed as barred by the statute of limitations; respondent's answer is pending with regard to the 2001 decision.

IT IS HEREBY ORDERED that:

1. Respondents are directed to file and serve a response to petitioner's habeas petition within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the claims presented in petitioner's habeas petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to petitioner's habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after the answer is served;

3. If the response to petitioner's habeas petition is a motion, petitioner's opposition or a statement of non-opposition to the motion shall be filed and served within thirty days after the motion is served, and respondents' reply shall be filed and served within fifteen days thereafter; and

4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A. Neill, Lead Supervising Deputy Attorney General.

DATED: November 27, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
tayl2470.100fee