IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PETER A. TAYLOR,** | 2:06-cv-02470-FCD-DAD |
| Petitioner, | **ORDER** |
| v. | |
| **T. L. CAREY, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondents are hereby GRANTED an extension of time to February 25, 2007, in which to file an answer to the petition for writ of habeas corpus in this matter.

DATED: January 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/tayl2470.eotresp