IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PETER A. TAYLOR,** | 2:06-cv-02470-FCD-DAD P |
| Petitioner, | **ORDER** |
| **v.** | |
| **T. L. CAREY,** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, respondent's February 23, 2007 request for an extension of time is hereby GRANTED up to and including, March 28, 2007, to file an answer to the petition for writ of habeas corpus in this matter.

DATED: February 27, 2007.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/tayl2470.eotresp(2)